IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-622-MJR |
| ) | |
| SHELL OIL COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Motion to Intervene (entitled "Petition of Liquid Transport Corporation to Intervene") filed by a proposed intervener, Liquid Transport Corporation, on October 7, 2005 (Doc. 24). The motion is **DENIED WITHOUT PREJUDICE**.

The intervener has failed to comply with Federal Rule of Civil Procedure 24(c) by failing to attach the required intervener "pleading setting forth the claim or defense for which intervention is sought." The intervener may re-file with the required pleading.

**DATED: December 12, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
